In re EAST RIVER LAND CO. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) In the matter of the application of the East River Land Company for a peremptory writ of mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements.

EDELMAN, Respondent, v. INTERBORO RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by Sadie Edelman, by guardian, against the Interboro Rapid Transit Company. B. H. Ames, of New York City, for appellant. L. A. Sable, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

EGAN, Respondent, v. THOMPSON-STARRETT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Ruth Egan, as administratrix, against the Thompson-Starrett Company. J. J. Mahoney, of New York City, for appellant. F. X. McCollum, of New York City, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
INGRAHAM, P. J., and MILLER, J., dissent, on the ground that upon the evidence the improper position of the guard was not the proximate cause of the accident.

EIGHTY-NINE THOMPSON STREET, Respondent, v. MANDELBAUM, Appellant, et al. (Supreme Court, Appellate Division, Second Department, November 1, 1912.) Action by Eighty-Nine Thompson Street, a domestic corporation, against Marcus Mandelbaum, as committee of Margarita Zerillo, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant appellant to answer within 20 days, on payment of the costs of this appeal and the costs awarded in the order overruling the demurrer.

ELLIS, Respondent, v. POPE, Appellant. (Supreme Court, Appellate Division, Fourth Department, October 2, 1912.) Action by Elizabeth M. Ellis against Emma Pope, as administratrix, etc. No opinion. Motion granted to amend order, so as to recite the appeal from and decision affecting order denying motion to set aside the award of costs. See, also, 136 N. Y. Supp. 1135.

In re ENGEL. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) In the matter of the application to revoke letters testamentary of Gesine Engel, as executrix of Claus Doscher, deceased, and for her removal as trustee under the will of Claus Doscher, deceased. No opinion. Motion denied, with costs. See, also, 74 Misc. Rep. 308, 133 N. Y. Supp. 1105.

ENGEL, Respondent, v. DOSCHER et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1912.)

Action by Louis G. Engel against Henry Doscher and others. No opinion. Motion granted, without costs. See, also, 146 App. Div. 920, 131 N. Y. Supp. 1113.

EQUITABLE LIFE ASSUR. SOCIETY, Respondent, v. CHANLER, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by the Equitable Life Assurance Society against John A. Chanler, impleaded with others. G. L. Kobbe, for appellant. W. C. Diamond, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ERNST et al., Appellants, v. AMERICAN SPIRITS MFG. CO., Respondents. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Moritz L. Ernst and others against the American Spirits Manufacturing Company. A. J. Dittenhoefer, of New York City for appellants. A. E. Austrian, of Chicago, Ill., for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

ERTSAAS v. WONDERLAND et al. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Paul C. Ertsaas against Wonderland and others. No opinion. Judgment affirmed, with costs.

FAMOBROSIS SOCIETY, Respondent, v. ROYAL BENEFIT SOCIETY, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by the Famobrosis Society against the Royal Benefit Society. A. Crook, of New York City, for appellant. W. H. Van Steenbergh, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FAREWELL, Respondent, v. MAHER, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by George E. Farewell against Anna Irene Maher. No opinion. Order affirmed, without costs.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 12,978, issued to John Bales.
PER CURIAM. Reargument ordered, and case set down for Wednesday, October 2, 1912, upon the questions: Could the owner or lessee of the Dock street premises be deprived of the privilege to use the same for traffic in liquors by virtue of an attempted abandonment and transfer, made after the passage of the act (Laws 1910, c. 494)? And what force is to be given to the words "provided such traffic was not abandoned thereat *during the same period*"?